IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GREG E. LINDBERG,

Plaintiff,

v.

HUGH STEVEN WILSON; CHRIS NICKERSON; UK ATLANTA HOLDINGS LLC; DAMOVO GLOBAL SERVICES (UK) LIMITED; DAMOVO DEUTSCHLAND GMBH & CO. KG; DAMOVO IRELAND LIMITED; DAMOVO SCHWEIZ AG; DAMOVO LUXEMBOURG S.à R.L.; DAMOVO COSTA RICA SRL; and JOHN DOE BUYER COMPANY,

Defendants.

Civil Action No. 1:26-cv-03939-GPG

District Judge Gordon P. Gallagher

**DECLARATION OF GREG E. LINDBERG IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE ORDER OF SEPTEMBER 21, 2026 (DOC. 13)**

I, Greg E. Lindberg, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in this action. I make this Declaration on personal knowledge, except where I state that a matter is on information and belief, and to authenticate the exhibits to my Motion for Reconsideration. I reaffirm and incorporate my Supplemental Declaration filed September 17, 2026 (Doc. 11-1). I am presently in the custody of the Federal Bureau of Prisons.

2. I am the defendant in *United States v. Lindberg*, Nos. 5:19-cr-22 and 3:23-cr-48, in the United States District Court for the Western District of North Carolina. I am represented in those cases by counsel. I have reviewed the docket in those cases and the filings attached as Exhibits 1 through 10 and 12 to the Motion, each of which is a true and correct copy of the document filed on that docket under the docket number stated in the Index of Exhibits, as obtained from the Court's CM/ECF system.

3. Exhibit 11 is a true and correct copy of the Consent Motion for Instruction Regarding Proposed Damovo Transaction filed on August 17, 2026 by the North Carolina Commissioner of Insurance and NHC Holdings, LLC in *Causey v. Southland National Insurance*

*Corp.*, *et al.*, No. 19CVS008664-910, in the Superior Court of Wake County, North Carolina, as served on me in that proceeding. My response in opposition, filed August 19, 2026, is of record in this action as Exhibit 3 to Doc. 11-1.

4. Exhibit 13 is a true and correct copy of an e-mail I received on June 12, 2026 from my then-counsel, Brandon McCarthy of Katten Muchin Rosenman LLP, forwarding to me an e-mail sent that afternoon by Assistant United States Attorney Daniel Ryan concerning my then-pending and unopposed motion to delay my reporting date to the Bureau of Prisons. The forwarded message and Mr. McCarthy's note are reproduced as I received them. I have redacted nothing.

5. I was never permitted to speak with the Special Master at any time from his appointment on January 23, 2025 to the present. Through counsel I asked to meet with him on more than a dozen occasions. Each request was declined. I did not learn that the Special Master had been communicating with the prosecutors outside my presence and the presence of my counsel, or the extent of those communications, until his counsel described them in the filing attached as Exhibit 2 in August 2026 and swore to their frequency in the filing attached as Exhibit 7 in September 2026.

6. No motion seeking the Western District of North Carolina's approval of any disposition of the Damovo Group has been filed by the Special Master or by anyone else, and none has been granted. No request for the Settlor's consent under the Damovo Trust instrument has been made to the Settlor or to me. To my knowledge, neither the Wake County Superior Court nor the Western District of North Carolina has ruled on the pending Damovo motions in those courts.

7. I do not know the identity of the proposed purchaser of Damovo or the date on which the transaction is expected to close. None of the Defendants has disclosed either to me. Based on the September 7, 2026 rejection of the Twelve Seas proposal (Doc. 11-1, Ex. 1) and the August 17, 2026 Wake County motion (Exhibit 11), I believe the transaction is proceeding toward closing and may close at any time.

8. On September 17 and September 21, 2026, I gave notice of the Verified Complaint, the Motion (Doc. 11), and my request for an expedited hearing by e-mail to Hugh Steven Wilson (Steve@hswilson.com), Chris Nickerson (chris.nickerson@damovo.com;

cnickerson@laresconsulting.com), Ian Quigley, Group General Counsel of the Damovo Group (ian.quigley@damovo.com), and Marvin Maerz of Lincoln International (mmaerz@lincolninternational.com), and by first-class mail. I am serving this Motion on the same persons in the same manner on the date of filing.

9. Because I am incarcerated, I cannot appear in person. I respectfully request to attend and participate in any hearing on the Motion, and on the request for a preliminary injunction, by video conference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2026, at Atlanta, Georgia.

/s/ Greg E. Lindberg
Greg E. Lindberg